MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: vatana.lay@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> GIAVANNA HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; AND SBW INVESTMENTS LLC, <br><br> Defendants. | Case No.: 2:18-cv-00288-RFB-VCF <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OPPOSITIONS TO MOTIONS FOR SUMMARY JUDGMENT** <br><br> **(FIRST REQUEST)** |

Pursuant to LR IA 6-1 and LR 26-4, Plaintiff Bank of America, N.A. (**BANA**), Defendant SFR Investments Pool 1, LLC (**SFR**), and Defendant Giavanna Homeowners Association (**HOA**) (collectively, the **Parties**), stipulate and request the Court briefly extend the Parties' November 26, 2018 deadline to file dispositive motions to accommodate undersigned counsels' respective schedules as follows:

- December 10, 2018           Last day to file dispositive motions
- January 7, 2019              Last day to file response to dispositive motions
- January 22, 2019            Last day to file replies in support of dispositive motions

In support, the Parties state as follows:

1. The Parties have completed the necessary discovery, including depositions, written discovery, and disclosures, and do not seek any extension of any discovery deadlines;

2. Counsel for BANA has been engaged in multiple trials over the past several weeks and

47073901;1

months;

3. The Parties do not seek the requested extension for purposes of undue delay, prejudice, or in bad-faith, but solely to provide the Parties' counsels with an opportunity to adequately brief the issues to this Court and accommodate the conflicts in counsels' schedules due to the holidays and BANA's counsel's schedule.

DATED November 26, 2018.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ Vatana Lay*<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>VATANA LAY, ESQ.<br>Nevada Bar No. 12993<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Plaintiff Bank of America, N.A.* | */s/ Diana S. Ebron*<br>DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>CARYN R. SCHIFFMAN, ESQ.<br>Nevada Bar No. 9578<br><br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |
| **BOYACK ORME & ANTHONY**<br><br>*/s/ Colli C. McKiever*<br>EDWARD D. BOYACK, ESQ.<br>Nevada Bar No. 5229<br>Colli C. MCKIEVER, ESQ.<br>Nevada Bar No. 13724<br>7432 West Sahara Avenue, Suite 101<br>Las Vegas, NV 89117<br><br>*Attorneys for Giavanna Homeowners Association* | |

**ORDER**

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: November 29, 2018.

47073901;1