AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

BANK OF AMERICA, N.A.,

            Plaintiff,

v.

GIAVANNA HOMEOWNERS ASSOCIATION, et al.

            Defendants.

JUDGMENT IN A CIVIL CASE

Case Number:  2:18-cv-00288-RFB-VCF

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Defendants on all claims and against the Plaintiff.

3/28/19  
Date

DEBRA K. KEMPI  
Clerk

/s/ A. Reyes  
Deputy Clerk