UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GIAVANNA HOMEOWNERS ASSOCIATION, *et al*.,<br><br>　　　　　　Defendants. | Case No. 2:18-cv-00288-RFB-VCF<br><br>**SECOND AMENDED ORDER** |

　　　Plaintiff Bank of America, N.A., opened this case by filing a complaint on February 15, 2018. Plaintiff filed a certificate of cash deposit of $500 pursuant to NRS 18.130(1) on March 30, 2018. ECF No. 21. A judgment in favor of Defendants on all claims was entered in this matter on March 28, 2019. ECF Nos. 49 (Order Granting Dismissal), 50 (Clerk's Judgment). However, the judgment did not address the certificate of cash deposit. The Court now corrects its Order to include instructions regarding the $500 deposit.

　　　**IT IS ORDERED** that the $500 deposit, plus interest, be refunded in accordance with the certificate of cash deposit, ECF No. 21, to: Akerman, LLP c/o Vatana Lay, Esq., 1635 Village Center Circle, Suite 200, Las Vegas, NV 89134.

　　　**DATED:** August 23, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**RICHARD F. BOULWARE, II**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**